FOX ROTHSCHILD LLP
BY: JOHN WAIT, ESQUIRE (JW 2558)          *Attorneys for Plaintiff*
100 PARK AVENUE, SUITE 1500
NEW YORK, NEW YORK 10016
(212) 878-7900
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutory
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)
1311 Strawberry Square
Harrisburg, Pennsylvania 17120         : Civil Action No.

        Plaintiff,

    v.                                  : **RULE 7.1 STATEMENT**

CONSTITUTION STATE SERVICES, LLC
f/k/a CONSTITUTION STATE SERVICE
COMPANY
c/o Travelers Indemnity Co.
One Tower Square 5 MN
Hartford, Connecticut 06183

        Defendant.



    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for plaintiff, JOEL S. ARIO, in his official capacity as Acting Insurance Commissioner of the Commonwealth of Pennsylvania, as statutory Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION), certifies that the following are corporate parents, affiliates and/or subsidiaries of RELIANCE INSURANCE COMPANY, which are publicly held: None

                                              Signature of Attorney
                                              John A. Wait (JW 2558)

NY1 36467v1 08/22/07