

# Fox Rothschild LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900 Fax 212.692.0940

www.foxrothschild.com

John Wait
Direct Dial: (212) 878-7907
Email Address: jwait@foxrothschild.com

October 1, 2007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 1 2007
```

**VIA FACSMILE TRANSMISSION**: (212)-805-0426
The Honorable Laura Taylor Swain
United States District Court
40 Foley Square
New York, NY 10007

Re: **Ario v. Constitution State Services; Case No. 07-cv-7454 (LTS)**

Dear Judge Swain:

On September 4, 2007, the Court entered an Order requiring plaintiff, Joel S. Ario, as statutory Liquidator for Reliance Insurance Company (In Liquidation), to file a Supplement to the Complaint containing allegations sufficient to demonstrate a basis for subject matter jurisdiction over defendant, Constitution States Services, LLC ("Constitution"). A copy of the September 4, 2007 Order is enclosed for your reference.

Regrettably our Firm did not receive a copy of the September 4, 2007 Order and we only learned of the Order on October 1, 2007, during a routine docket search. (We are investigating why we did not receive notice through the ECF system).

We respectfully request that the Court permit plaintiff to file a Supplement to the Complaint within ten days (i.e. by October 11, 2007) to address the jurisdictional issue. We have spoken with Wilbur Kipnes, one of the attorneys at Schnader Harrison who will be representing Constitution in this case. Mr. Kipnes has confirmed that Constitution does not object to our request for an extension of the deadline to file the Supplement.

*The request is granted. Counsel are directed to register for the ECF system.*

Thank you for your consideration of this request.

Respectfully,

John A. Wait
Enclosure

SO ORDERED.

10/1/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Wilbur Kipnes (w/enc. via email: wkipnes@schnader.com and facsimile: (215) 751-2205).
Copies Faxed to Pla Atty
Chambers of Judge Swain

NY1 54130v1 10/01/07

A Pennsylvania Limited Liability Partnership

California  Delaware  Florida  Nevada  New Jersey  New York  Pennsylvania

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutory
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION),

        Plaintiff,

  -v-

CONSTITUTION STATE SERVICES, LLC
f/k/a CONSTITUTION STATE SERVICE
COMPANY,

        Defendant.

----------------------------------------------------------x

No. 07 Civ. 7454 (LTS)(THK)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 4 2007
```

### ORDER

        WHEREAS, this action was commenced by the filing of a Complaint on August 22, 2007; and

        WHEREAS, the Court has reviewed such Complaint to ascertain the basis for assertion of subject matter jurisdiction in this court; and

        WHEREAS, such Complaint asserts that the Court has jurisdiction based on diversity of citizenship (28 U.S.C. § 1332), but diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) requires a demonstration that the action is between citizens of different states and, where one party is a limited liability company (LLC), the LLC's citizenship is the same as that of each member, Strother v. Harte, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001), and with respect to the Defendant Constitution State Services, LLC, the Complaint alleges merely that "CSS is a business enterprise organized under Delaware law with its principal place of business in Connecticut";

        WHEREAS, "'subject matter jurisdiction is an unwaivable *sine qua non* for the exercise of federal judicial power,'" E.R. Squibb & Sons v. Accident & Cas. Ins. Co., 160 F.3d 925, 929 (2d Cir. 1998) (citation omitted), and Rule 12(h)(3) of the Federal Rules of Civil Procedure provides that "[w]henever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action;" it is hereby

        ORDERED, that plaintiff shall, no later than September 14, 2007, file and serve a

INDVDJUR.WPD    VERSION 9/4/07

Supplement to the Complaint containing allegations sufficient to demonstrate a basis for subject matter jurisdiction in this Court or otherwise show cause in writing as to why this case should not be dismissed for lack of subject matter jurisdiction.

Dated: New York, New York
September 4, 2007

LAURA TAYLOR SWAIN
United States District Judge



**Fox Rothschild LLP**
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

DATE: OCTOBER 1, 2007

## FACSIMILE TRANSMITTAL SHEET

| TO: | COMPANY: | FAX NUMBER: | PHONE NUMBER: |
|---|---|---|---|
| Sean Young, Esq. | The Chambers of The Honorable Laura Taylor Swain | 212-805-0426 | |
| Wilbur Knipes, Esq. | Schnader Harrison | 215-751-2205 | |

| FROM: | PHONE NUMBER: | EMAIL: | BILLING NUMBER: |
|---|---|---|---|
| John A. Wait | (212) 878-7907 | jwait@foxrothschild.com | 1352 |

| NUMBER OF PAGES: | CHARGE FILE #: | PRIORITY: | LOG NUMBER: |
|---|---|---|---|
| 4 | | IMPORTANT | |

IF YOU DO NOT RECEIVE ALL OF THE PAGES,
PLEASE CALL (212) 878-7907 AS SOON AS POSSIBLE.
ORIGINAL DOCUMENT WILL NOT FOLLOW BY MAIL

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY  ☐ FOR YOUR INFORMATION

**NOTES/COMMENTS:**

Dear Mr. Young:

Per our conversation this morning, I enclose a letter respectfully requesting an extension of the deadline for plaintiff to file a Supplement to the Complaint in civil action no. 07-7454. We have conferred with Wilbur Knipes, the attorney whose firm will be representing the defendant, Constitution State Services, LLC. ("Constitution"), and he has confirmed that Constitution does not object to this request for an extension.

Please let me know if the Court requires any additional information. My direct dial is 212-878-7907.

Thank you for your assistance.

IRS CIRCULAR 230 DISCLOSURE:
PURSUANT TO TREASURY REGULATIONS, ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED OR RELIED UPON BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (i) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE, OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX ADVICE ADDRESSED HEREIN.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.
NY1 54152v1 10/01/07