**FOX ROTHSCHILD LLP**
**BY:** JOHN WAIT, ESQUIRE (JW 2558)       *Attorneys for Plaintiff*
100 PARK AVENUE, SUITE 1500
NEW YORK, NEW YORK 10017
(212) 878-7900

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOEL S. ARIO, in his official capacity as Acting Insurance Commissioner of the Commonwealth of Pennsylvania, as statutory Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiff, | : No. 07 Civ. 7454 (LTS)(THK) <br> : |
| v. | : <br> : |
| CONSTITUTION STATE SERVICES, LLC f/k/a CONSTITUTION STATE SERVICE COMPANY | : <br> : <br> : <br> : |
| Defendant. | : **SUPPLEMENT TO COMPLAINT** <br> : **PURSUANT TO COURT ORDER** <br> : **OF SEPTEMBER 4, 2007** |

Plaintiff Joel S. Ario, in his official capacity as Acting Insurance Commissioner of the Commonwealth of Pennsylvania, as statutory Liquidator (the "Liquidator") of Reliance Insurance Company (In Liquidation) ("Reliance"), supplements paragraph 9 of the complaint as follows (supplemental text in bold typeface):

9.  This Court has jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a). Reliance is a Pennsylvania business corporation with its principal place of business in Pennsylvania. CSS is a business enterprise organized under Delaware law with its

principal place of business in Connecticut.  **The sole member of CSS is The Phoenix Insurance Company, which is incorporated in Connecticut and has its principal place of business in Connecticut.**  The matter in controversy exceeds the sum or value of $75,000, as Reliance claims damages of approximately $2.7 million.

                              FOX ROTHSCHILD LLP

By:    /s/ John A. Wait
          John A. Wait (JW2558)
          100 Park Avenue
          Suite 1500
          New York, New York 10017
          (212) 878-7900
          *Attorneys for Joel S. Ario , in his official capacity as Acting Insurance Commissioner of the Commonwealth of Pennsylvania, as Statutory Liquidator of Reliance Insurance Company (In Liquidation)*

Of counsel:
Gerald E. Arth
Cheryl A. Garber
FOX ROTHSCHILD LLP
2000 Market Street, Tenth Floor
Philadelphia, Pennsylvania 19103
(215) 299-2000

Dated:  October  9, 2007