UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL S. ARIO, in his official capacity as Acting Insurance Commissioner of the Commonwealth of Pennsylvania, as statutory Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) 1311 Strawberry Square Harrisburg, Pennsylvania 17120<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CONSTITUTION STATE SERVICES, LLC f/k/a CONSTITUTION STATE SERVICE COMPANY c/o Travelers Indemnity Co. One Tower Square 5 MN Hartford, Connecticut 06183<br><br>　　　　　　　　　Defendant. | Civil Action No. 07-cv-7454<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

TO:   Counsel on the Attached Service List

　　**PLEASE TAKE NOTICE** that upon the annexed affidavit of John A. Wait in support of this motion, the annexed Certificates of Good Standing annexed thereto, the undersigned will move this Court before the Honorable Laura Taylor Swain at the United States Courthouse for the Southern District of New York, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Courts for the Eastern and Southern Districts of New York, for an Order allowing the admission of Cheryl Garber, a member of the firm of Fox Rothschild LLP, 2700 Kelly Road, Suite 300, Warrington, PA 18976, telephone number (215)345-7500, email address cgarber@foxrothschild.com, and a member in good standing of the Bars of the States of New Jersey and Pennsylvania, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　FOX ROTHSCHILD LLP

　　　　　　　　　　　　　　　　　　John A. Wait, Esquire (JW 2558)
　　　　　　　　　　　　　　　　　　100 Park Avenue, Suite 1500
　　　　　　　　　　　　　　　　　　New York, NY 10017

NY1 53519v1 10/15/07

212-878-7900; Fax. 212-692-0940
jwait@foxrothschild.com

Case 1:07-cv-07454-LTS    Document 8    Filed 10/16/2007    Page 2 of 8

## SERVICE LIST

Wilbur L. Kipnes, Esquire
Schnader Harrison Segal & Lewis LLP
Suite 3600
1600 Market Street
Philadelphia, PA  19103
Telephone: 215-751-2336

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOEL S. ARIO, in his official capacity as : 
Acting Insurance Commissioner of the :
Commonwealth of Pennsylvania, as statutory :
Liquidator of RELIANCE INSURANCE :    Civil Action No. 07-cv-7454
COMPANY (IN LIQUIDATION) :
1311 Strawberry Square :    **AFFIDAVIT IN SUPPORT**
Harrisburg, Pennsylvania 17120 :    **OF MOTION TO ADMIT**
 :   **COUNSEL *PRO HAC VICE***
               Plaintiff, :
  v. :
 :
CONSTITUTION STATE SERVICES, LLC :
f/k/a CONSTITUTION STATE SERVICE :
COMPANY :
c/o Travelers Indemnity Co. :
One Tower Square 5 MN :
Hartford, Connecticut 06183 :

              Defendant.

State of New York  )
                  )  ss:
County of New York )

    John A. Wait, being duly sworn, hereby deposes and says as follows:

1. I am an associate at the law firm of Fox Rothschild, LLP, counsel for Plaintiff in the above captioned action, and am a member in good standing of the Bar of the State of New York. I was admitted to practice law in the State of New York in 2006. I am also admitted to the Bar of the United States District Courts for the Eastern and Southern District of New York, and am a member in good standing with those Courts.

2. I am pleased to move for admission *pro hac vice* Cheryl Garber, Esquire, an associate at the law firm of Fox Rothschild, LLP, a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey and an exemplary attorney. I have known Cheryl Garber for three years.

3. Annexed hereto as Exhibit A and Exhibit B are the Certificates of Good Standing from the Commonwealth of Pennsylvania and the State of New Jersey.

4. There are no pending disciplinary proceedings against Cheryl Garber in any State or Federal court.

NY1 53519v1 10/15/07

5. Wherefore I respectfully submit that Cheryl Garber be permitted to appear as counsel and advocate *pro hac vice* in this one case.

>FOX ROTHSCHILD LLP
>
>*[signature]*
>
>John A. Wait, Esquire (JW 2558)
>100 Park Avenue, Suite 1500
>New York, NY 10017
>212-878-7900; Fax. 212-692-0940
>jwait@foxrothschild.com

NY1 53519v1 10/15/07



Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Cheryl Ann Garber, Esq.*

DATE OF ADMISSION

*October 27, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 21, 2007

Patricia A. Johnson
Chief Clerk

Case 1:07-cv-07454-LTS    Document 8    Filed 10/16/2007    Page 6 of 8

# Certificate of Good Standing



## United States of America
## District of New Jersey

I, **WILLIAM T. WALSH**, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

*Cheryl A. Garber*

was duly admitted to practice in said Court as of *December 30, 1999*, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: September 21, 2007

WILLIAM T. WALSH, CLERK

By _____

Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

    HEATHER WRENN, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and employed by Fox Rothschild LLP.

    On October 16, 2007, I served a true copy of the within **Notice of Motion for Leave for Cheryl Garber to Appear Pro Hac Vice** by causing such document to be delivered via First Class Mail to:

> Wilbur L. Kipnes, Esquire
> Schnader Harrison Segal & Lewis LLP
> Suite 3600
> 1600 Market Street
> Philadelphia, PA  19103

                                                _____
                                                HEATHER WRENN

Sworn to before me this
16th day of October, 2007

_____
Notary Public

FRED STEVENS
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6037653
Qualified in New York County
My Commission Expires February 22, 2010

NY1 53521v1 09/24/07