OCT-18-2007 THU 04:58 PM FOX ROTHSCHILD LLP          FAX NO. 0000000000                P. 02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutory
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)

        Plaintiff,

    v.

CONSTITUTION STATE SERVICES, LLC

        Defendant.

------------------------------------------------------------x

Civil Action No.: 07-CV-7454 (LTS)

**STIPULATION**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 3 2007
```

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties in the above-captioned matter that the time for Defendant Constitution State Services, LLC to answer, move or otherwise respond to the Complaint in the above-captioned matter shall be extended to and including November 21, 2007.

Dated: New York, New York
October __, 2007

FOX ROTHSCHILD LLP

By: _____
John A. Wait (JW – 2558)
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900

*Attorneys for Plaintiffs*

Dated: New York, New York
October 18, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
Kenneth R. Puhala (KP-8104)
140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8000

*Attorneys for Defendants*

SO ORDERED: _____ 10/22/07
            U.S.D.J.

PIIDATA 3020460_1