Kenneth R. Puhala (KP-8104)
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, New York 10005-1101
(212) 973-8000
(212) 972-8798 (fax)
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutory
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)
1311 Strawberry Square
Harrisburg, Pennsylvania 17120

        Plaintiff,

    v.

CONSTITUTION STATE SERVICES, LLC
f/k/a CONSTITUTION STATE SERVICE
COMPANY
c/o Travelers Indemnity Co.
One Tower Square 5 MN
Hartford, Connecticut 06183

        Defendant.
----------------------------------------------------------x

Civil Action No.: 07-CV-7454 (LTS)

## MOTION TO ADMIT COUNSEL
## PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York , I, Kenneth R. Puhala, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of :

Wilbur L. Kipnes
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Telephone: 215-751-2000
Facsimile: 215-751-2205

Wilbur L. Kipnes is a member in good standing of the Bar of the State of Pennsylvania. There are no pending disciplinary proceedings against Wilbur L. Kipnes in any State or Federal Court.

Dated: New York, New York
      October 1̶7̶, 2007

                        SCHNADER HARRISON SEGAL &
                        LEWIS LLP

By: _____
     Kenneth R. Puhala (KP-8104)
140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8000
(212) 972-8798 (fax)
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOEL S. ARIO, in his official capacity as  :
Acting Insurance Commissioner of the        :
Commonwealth of Pennsylvania, as statutory  :
Liquidator of RELIANCE INSURANCE            :
COMPANY (IN LIQUIDATION)                    :
1311 Strawberry Square                      :
Harrisburg, Pennsylvania 17120              :
                                            :
       Plaintiff,                       :   Civil Action No.: 07-CV-7454 (LTS)
                                            :
   v.                                     :
                                            :
CONSTITUTION STATE SERVICES, LLC            :
f/k/a CONSTITUTION STATE SERVICE            :
COMPANY                                     :
c/o Travelers Indemnity Co.                 :
One Tower Square 5 MN                       :
Hartford, Connecticut 06183                 :
                                            :
       Defendant.                       :
------------------------------------------------------------x

### DECLARATION OF KENNETH R. PUHALA IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF WILBUR L. KIPNES

Kenneth R. Puhala, an attorney admitted to practice before this Court, declares the following:

1. I am a partner at SCHNADER HARRISON SEGAL & LEWIS LLP, counsel for Defendant, Constitution State Services, LLC f/k/a Constitution State Service Company.

2. I submit this Declaration in support of the application for admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York of Wilbur L. Kipnes. If admitted, Mr. Kipnes will serve as co-counsel for Defendant.

3.      Mr. Kipnes is a partner at SCHNADER HARRISON SEGAL & LEWIS LLP. Mr. Kipnes maintains an office at 1600 Market Street, Suite 3600, Philadelphia, Pennsylvania 19103-7286.

4.      Mr. Kipnes was admitted to practice before the courts in the following jurisdictions on the dates set forth below:

Supreme Court of Pennsylvania, October 1974.

A Certificate of Good Standing is attached hereto.

5.      I have found Mr. Kipnes to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move for the admission of Wilbur L. Kipnes, *pro hac vice*.

7.      I respectfully submit a proposed order granting the admission of Wilbur L. Kipnes, *pro hac vice*, which is attached hereto as Exhibit A.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: New York, New York
       October 18, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
    Kenneth R. Puhala (KP-8104)
140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8000
(212) 972-8798 (fax)
*Attorneys for Defendant*



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Wilbur L. Kipnes, Esq.**

**DATE OF ADMISSION**

*October 17, 1974*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 5, 2007,

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
JOEL S. ARIO, in his official capacity as                  :
Acting Insurance Commissioner of the                       :
Commonwealth of Pennsylvania, as statutory                 :
Liquidator of RELIANCE INSURANCE                           :
COMPANY (IN LIQUIDATION)                                   :
1311 Strawberry Square                                     :
Harrisburg, Pennsylvania 17120                             :   Civil Action No.: 07-CV-7454 (LTS)
                                                           :
              Plaintiff,                                   :
                                                           :     ORDER FOR ADMISSION
      v.                                                   :          PRO HAC VICE
                                                           :       ON WRITTEN MOTION
CONSTITUTION STATE SERVICES, LLC                           :
f/k/a CONSTITUTION STATE SERVICE                           :
COMPANY                                                    :
c/o Travelers Indemnity Co.                                :
One Tower Square 5 MN                                      :
Hartford, Connecticut 06183                                :
                                                           :
              Defendant.                                   :
-----------------------------------------------------------x
```

Upon the motion of Kenneth R. Puhala, counsel for Defendant, Constitution State Services, LLC f/k/a Constitution State Service Company and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that

Wilbur L. Kipnes
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286
Telephone: 215-751-2000
Facsimile: 215-751-2205
wkipnes@schnader.com

is admitted to practice *pro hac vice* as counsel for Defendant, Constitution State Services, LLC f/k/a Constitution State Service Company in the above captioned case in the United States District Court for the Southern District of New York . All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
      October ___, 2007

                                          _____
                                          United States District Judge

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

Timothy Clancy, being duly sworn, deposes and says, deponent is not a party to this action, is over eighteen (18) years of age and resides in Monmouth County, New Jersey.

On October 18, 2007, I served a true copy of the attached MOTION TO ADMIT COUNSEL PRO HAC VICE, with accompanying documents, upon:

>John A. Wait, Esq.
>FOX ROTHSCHILD LLP
>100 Park Avenue
>Suite 1500
>New York, New York 10017
>
>Gerard E. Arth, Esq.
>Cheryl A. Garber, Esq.
>FOX ROTHSCHILD LLP
>2000 Market Street, Tenth Floor
>Philadelphia, Pennsylvania 19103

by First Class Mail.

_____
Timothy Clancy

Sworn to before me this
18th day of October, 2007

_____
Notary Public

PATRICIA J. KEHLENBECK
Notary Public, State of New York
No. 01KE6037739
Qualified in Nassau County
Commission Expires February 28, 20 10