SCANNED



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutory
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)
1311 Strawberry Square
Harrisburg, Pennsylvania 17120

                Plaintiff,

v.

CONSTITUTION STATE SERVICES, LLC
f/k/a CONSTITUTION STATE SERVICE
COMPANY
c/o Travelers Indemnity Co.
One Tower Square 5 MN
Hartford, Connecticut 06183

                Defendant.

Civil Action No. 07-cv-7454

**ORDER FOR ADMISSION TO
PRACTICE *PRO HAC VICE* ON
WRITTEN MOTION**



Upon the motion of John A. Wait, attorney for Plaintiff, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Gerald Arth
Fox Rothschild LLP
2000 Market St., 10th Floor
Philadelphia, PA 19103
(215)299-2000
garth@foxrothschild.com

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 10/22/2007
New York, New York:

                                              United States District Judge

NY1 53816v1 10/15/07