UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutory
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)
1311 Strawberry Square
Harrisburg, Pennsylvania 17120

          Plaintiff,

    v.

CONSTITUTION STATE SERVICES, LLC
f/k/a CONSTITUTION STATE SERVICE
COMPANY
c/o Travelers Indemnity Co.
One Tower Square 5 MN
Hartford, Connecticut 06183

          Defendant.
------------------------------------------------------------x

Civil Action No.: 07-CV-7454 (LTS)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 2 2007

    Upon the motion of Kenneth R. Puhala, counsel for Defendant, Constitution State Services, LLC f/k/a Constitution State Service Company and said sponsor attorney's declaration in support;

    IT IS HEREBY ORDERED that

    David M. Pelletier
    Schnader Harrison Segal & Lewis LLP
    1600 Market Street, Suite 3600
    Philadelphia, PA 19103-7286
    Telephone: 215-751-2000
    Facsimile: 215-751-2205
    dpelletier@schnader.com

is admitted to practice *pro hac vice* as counsel for Defendant, Constitution State Services, LLC f/k/a Constitution State Service Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
~~October~~ *November 2*, 2007

_____
United States District Judge