SWAIN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutory
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)

          Plaintiff,

   v.

CONSTITUTION STATE SERVICES, LLC

          Defendant.
----------------------------------------x

Civil Action No.: 07-CV-7454 (LTS) (THK)

STIPULATION

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> FILED: NOV 19 2007

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties in the above-captioned matter that the time for Defendant Constitution State Services, LLC to answer, move or otherwise respond to the Complaint in the above-captioned matter shall be extended from November 21, 2007 to and including January 22, 2008. This is the second request for an extension of time to answer, move or otherwise respond to the Complaint. The Court granted the first request on October 22, 2007. Both parties consent to this extension and represent to the Court that the purpose of the requested extension is to provide the parties with an additional 60-day period in which to continue their efforts to negotiate a settlement of this action without the need for further court proceedings.

IT IS HEREBY STIPULATED AND AGREED that the parties, on consent, shall request that, in light of the parties' continuing settlement negotiations, the Court adjourn the pre-trial conference presently scheduled for November 30, 2007 to a date after January 22, 2008 that is convenient to the Court.

PHDATA 3029527_1

Dated: New York, New York
November /9, 2007

FOX ROTHSCHILD LLP

By: _____
John A. Wait
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900

*Attorneys for Plaintiff*

Dated: New York, New York
November 19, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
Kenneth R. Puhala (KP-8104)
140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8000

*Attorneys for Defendant*

The requested adjournment is granted. The conference will be held on January 24, 2008, at 4:15 pm and the related deadlines are modified accordingly.

SO ORDERED: _____ 11/19/07
U.S.D.J.