UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutory
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)

        Plaintiff,

   v.

CONSTITUTION STATE SERVICES, LLC

        Defendant.
----------------------------------------x

Civil Action No.: 07-CV-7454 (LTS) (THK)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 2 2008

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties in the above-captioned matter that the time for Defendant Constitution State Services, LLC to answer, move or otherwise respond to the Complaint in the above-captioned matter shall be extended from January 22, 2008 to and including February 21, 2008. This is the third request for an extension of time to answer, move or otherwise respond to the Complaint. The Court granted the first request on October 22, 2007, and the second request on November 19, 2007. Both parties consent to this extension and represent to the Court that the purpose of the requested extension is to provide the parties with an additional 30-day period in which to continue their efforts to negotiate a settlement of this action without the need for further court proceedings. Settlement has been slowed by the fact that this case involves complicated accounting issues going back several years. Despite the complications posed by the facts of the matter, both sides have made considerable progress to date and are optimistic that given the additional time they will reach an agreement.

PHDATA 3051162_1


IT IS HEREBY STIPULATED AND AGREED that the parties, on consent, shall request that, in light of the parties' continuing settlement negotiations, the Court adjourn the pre-trial conference presently scheduled for January 24, 2008 to a date after February 21, 2008 that is convenient to the Court.

Dated: New York, New York
January 11, 2008

FOX ROTHSCHILD LLP

By: _____
John A. Wait
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900

*Attorneys for Plaintiff*

Dated: New York, New York
January 11, 2008

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
Kenneth R. Puhala (KP-8104)
140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8000

*Attorneys for Defendant*

The conference is adjourned to February 29 2008 at 12:00 pm noon, and the requested extension of time to respond to the Complaint is granted.

SO ORDERED _____ 1/18/08
U.S.D.J.