Swain, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 7 2008
```

JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutory
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)

    Plaintiff,

  v.

CONSTITUTION STATE SERVICES, LLC
f/k/a CONSTITUTION STATE SERVICE
COMPANY

    Defendant.

Civil Action No. 07-cv-7454

**NOTICE OF DISMISSAL**

    PLEASE TAKE NOTICE the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: February 25, 2008
   New York, New York

FOX ROTHSCHILD LLP
Attorneys for Plaintiff

100 Park Avenue, Suite 1500
New York, New York 10017
Attn: John A. Wait, Esq.
(212) 878-7900

By: _____
John A. Wait (JW 2558)

**SO ORDERED:**

Dated: New York, New York
   February 27, 2008

_____
U.S. District Judge Laura Taylor Swain

NY1 106974v1 02/22/08